IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES LEONARD BELL, )
    Petitioner, )
     )
    v. ) Civil Action No. 08-1235
     )
FAYETTE COUNTY PRISON, et al., )
    Respondents. )

O R D E R

AND NOW, this 6th day of October 2008, after a petition for a writ of habeas corpus was filed by the petitioner, Charles Leonard Bell, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was allowed to file written objections thereto by October 2, 2008, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Charles Leonard Bell for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that there is a basis for appeal.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge